IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON B. COPPOCK                                          PETITIONER

4:18CV00404 JM-JTK

TIM RYALS, Sheriff, Faulkner County
Detention Center                                          RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE